August 21, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00004-CV

**CURADEV PHARMA PVT. LTD. AND CURADEV PHARMA LIMITED,**
Appellants

V.

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, DR. XIAOCHEN BAI, AND DR. XUEWU ZHANG, Appellees**

This cause, an appeal from the judgment in favor of appellees, The University of Texas Southwestern Medical Center, Dr. Xiaochen Bai, and Dr. Xuewu Zhang, signed, December 16, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Curadev Pharma PVT. LTD. and Curadev Pharma Limited, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 21, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by Justice Farris.

Concurring and Dissenting Opinion by Chief Justice Brister.